UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

COMMITTEE ON THE JUDICIARY )
)
United States House of Representatives ) Misc. No. 07-198
Washington, D.C. 20515 )
)
)
Applicant. )
)

---

**FILED**

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

UPON CONSIDERATION of the Application of the Committee on the Judiciary of the U.S. House of Representatives ("the Committee") for an Order Immunizing the Testimony of, and Other Information Provided by, Monica Goodling, and the Memorandum of Points and Authorities in Support thereof, and having determined that the requirements of 18 U.S.C. § 6005 have been satisfied, it is by the Court this 11th day of May, 2007 ORDERED

That Monica Goodling may not refuse to testify, and may not refuse to provide other information, when compelled to do so at proceedings before or ancillary to the Committee (including its subcommittees) on the basis of her constitutional privilege against self-incrimination, and it is FURTHER ORDERED

That no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Monica Goodling in any criminal proceeding, except prosecutions for perjury, giving a false statement, or otherwise failing to comply with this Order.

Thomas F. Hogan
Chief U.S. District Judge